UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
EVELINA CALCANO, *on behalf of herself and all*                         :
*others similarly situated*,                                            :
                                                                        :
                               Plaintiff,                               :      21-CV-7518 (JMF)
                                                                        :
              -v-                                                       :      ORDER
                                                                        :
ITALIAN GOLD, INC.,                                                     :
                               Defendant.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 9, 2021 Order, ECF No. 6, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on October 1, 2021. ECF No. 11. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to October 27, 2021.

      SO ORDERED.

Dated: October 20, 2021
      New York, New York
                                                     JESSE M. FURMAN
                                                   United States District Judge